IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS MONTEZ SPANGLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-1-WKW [WO] |
| K JOHNSON, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

On September 27, 2017, the Magistrate Judge filed a Recommendation (Doc. # 26) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 26) is ADOPTED;

2. Plaintiff's motion to withdraw (Doc. # 25), which is construed as a motion to dismiss, is GRANTED;

3. This case is DISMISSED without prejudice;

4. No costs are taxed.

A final judgment will be entered separately.

DONE this 19th day of October, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE